JOHN J. DEVITT and HAMLET HART, *Respondents, v.* JOHN CLARK, *Appellant.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.; GILBERT, J., dissenting.

JAMES A. GRENZEBACH and ROBERT P. CARPENTER, *Respondents, v.* JAMES H. WEAVER, *Appellant,* Impleaded, etc. — Judgment reversed and new trial granted, costs to abide event. Opinion by BARNARD, P. J.

JUDAH B. VOORHEES, *as Collector, etc., of* PIERRE M. VAN WYCK, deceased, *Respondent, v.* FRANCIS XAVIER HUBER, *Appellant.* — Reargument ordered. GILBERT, J., not sitting.

ADRIAN M. SUYDAM, *Appellant, v.* THE BROADWAY RAILROAD COMPANY, *Respondent.* — The part of the judgment appealed from affirmed, with costs. Opinion by GILBERT, J.

MATTER OF REZIN A. WIGHT and others, *Executors of* WILLIAM KELLY, deceased. — Appeal withdrawn.

ROBERT C. EMBREE *v.* MIRIAM L. FRANKLIN. — Reargument ordered of the motion for a reargument. BARNARD, P. J., not sitting.

GEORGE W. FLETCHER, *Respondent, v.* JOSEPH FOXELL and THOMAS JONES, *Appellants.* — Judgment affirmed, with costs. No costs granted upon appeal from order denying new trial, and order entered therein to be modified accordingly.

ELIZA W. PARKHURST *v.* ROBERT H. BERDELL. — Order affirmed, with costs and disbursements. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.